**CLERK'S MINUTES REGARDING**
**RULE 16 SETTLEMENT CONFERENCE**

**NAME OF CASE:**   *Vigil v. First Financial Credit Union et al.*

**USDC NO.**  11cv530 WJ/ACT                            \_\_\_\_\_ JURY    **X** NON-JURY

A Rule 16 Settlement Conference was held beginning at 9:30 a.m. on May 17, 2013, before Magistrate Judge Alan C. Torgerson.

**APPEARANCES:**

**For Plaintiffs:**
  Tim Padilla

**With Client:**
  William Vigil

**For Defendants:**
  Theresa Parrish

**With Clients:**
  Lisa Ohmes, Claims Specialist/Litigation
  Ben Hayward, President/CEO First Financial Credit Union
  Dawn Dalpekto, VP Operations First Financial Credit Union
  Gavin Gillette, VP H.R. First Financial Credit Union
  Ron Moorehead, EVP, Chief Financial Officer First Financial Credit Union

**RESULTS OF SETTLEMENT CONFERENCE:**

  Case settled.


_____
**ALAN C. TORGERSON**
United States Magistrate Judge