IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM VIGIL,

      Plaintiff,

vs.                            No. 1:11-cv-00530-WPJ-ACT

FIRST FINANCIAL CREDIT UNION,
and PAMELA MYERS, Vice President
of Loans,

      Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

In accordance with the matters of record in Doc. 61, Plaintiff Vigil and Defendant First

Financial Credit Union respectfully request the entry of an Order of Dismissal with Prejudice.

TIMOTHY M. PADILLA & ASSOCIATES P.C.

By:  */s/ Timothy M. Padilla – Approval via email*
        Timothy M. Padilla
*Attorneys for Plaintiff*
1412 Lomas Blvd. NW
Albuquerque, NM  87104
Ph:  505-842-0392
Fax: 505-842-0686

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Theresa W. Parrish – Electronically filed*
   Theresa W. Parrish
   *Attorneys for Defendants*
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone:  (505) 765-5900
Facsimile:   (505) 768-7395

1494793.1

We hereby certify that a copy
of the foregoing pleading was
served on opposing counsel of
record this 13th day of May 2013
via the court's CM/ECF electronic
mail system.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By */s/ Theresa W. Parrish – Electronically filed*
    Theresa W. Parrish