IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM VIGIL,

    Plaintiff,

vs.                                       No. 1:11-cv-00530-WPJ-ACT

FIRST FINANCIAL CREDIT UNION,
and PAMELA MYERS, Vice President
of Loans,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

    Plaintiff William Vigil and Defendant First Financial Credit Union, having jointly moved for dismissal of this action with prejudice, and the Court being otherwise fully advised, IT IS HEREBY ORDERED that this action is dismissed with Prejudice.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

1494795.1